Heard in the second division of this court for the first district. Affirmed.   Opinion filed November 27, 1923.
  Per Curiam.

Universal Vending Service Company, appellee, v. Nick Decaova, appellant.  Gen. No. 28,595.
  Consolidated with No. 28,578 ante.  Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed.   Opinion filed November 27, 1923.
  Per Curiam.

Universal Vending Service Company, appellee, v. Nick Decaova, appellant.  Gen. No. 28,596.
  Consolidated with No. 28,578 ante.  Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed.   Opinion filed November 27, 1923.
  Per Curiam.

Universal Vending Service Company, appellee, v. Frank Caponigri, also known as F. Caponigri, and J. De Leonardis, appellants.  Gen. No. 28,597.
  Consolidated with No. 28,578 ante.  Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed.   Opinion filed November 27, 1923.
  Per Curiam.

Universal Vending Service Company, appellee, v. Frank Caponigri, also known as F. Caponigri, appellant.  Gen. No. 28,598.
  Consolidated with No. 28,578 ante.  Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed.   Opinion filed November 27, 1923.
  Per Curiam.

Universal Vending Service Company, appellee, v. James Alfredo, appellant.  Gen. No. 28,599.
  Consolidated with No. 28,578 ante.  Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed.   Opinion filed November 27, 1923.
  Per Curiam.

Universal Vending Service Company, appellee, v. Joe Endelli, appellant.  Gen. No. 28,600.
  Consolidated with No. 28,578 ante.  Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding.